JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. BRANDL, | Case No. CV 11-7719-SP |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: September 7, 2012

SHERI PYM
United States Magistrate Judge